**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : CRIMINAL NO.: 24-CR-0004-KD |
| MAURICE ROBERTO COLE. | : |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, MAURICE ROBERTO COLE, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Counts One** and **Two** of the Indictment charging a violation of Title 18, United States Code, Section 641, Theft of Government Money and Title 18, United States Code, Section 664, Theft or Embezzlement from Employee Benefit or Employee Pension Plan.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant MAURICE ROBERTO COLE, be adjudged guilty and have sentence imposed accordingly.

**NOTICE TO PARTIES**

**A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.**

DONE and ORDERED this 20th day of March, 2024.

                                                                s/SONJA F. BIVINS
                                            UNITED STATES MAGISTRATE JUDGE